UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 MAR 19 P 1: 0
U.S. DISTRICT COUR
NEW HAVEN, CT.

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | CIVIL ACTION NO.: 3:19cv418(MPS) |
| v. | |
| CENTRAL CONNECTICUT STATE UNIVERSITY, CURTIS LOLLAR, GREGORY SNEED, EDWARD DERCOLE, CHRISTOPHER CERVONI, RAMON BAEZ, in their individual capacities, | |
| Defendants. | March 19, 2019 |

## PLAINTIFF'S MOTION TO PROCEED USING THE PSEUDONYM "JANE DOE"

Plaintiff, by and through counsel, moves for permission to proceed using the pseudonym "Jane Doe." The factors articulated by the Second Circuit in *Sealed Plaintiff v. Sealed Defendant # 1*, 537 F.3d 185 (2d Cir. 2008), weigh decidedly in favor of permitting Plaintiff to proceed anonymously in this litigation. The accompanying memorandum is submitted in support of this motion.

\* \* \*

RESPECTFULLY SUBMITTED,
                                    THE PLAINTIFF

By: _____Nina T. Pirrotti (OJL)_____
    Nina T. Pirrotti (ct26792)
    Joshua R. Goodbaum (ct28834)
    Elisabeth J. Lee (ct30652)
    GARRISON, LEVIN-EPSTEIN,
        FITZGERALD & PIRROTTI, P.C.
    405 Orange Street
    New Haven, Connecticut 06511
    Tel: (203) 777-4425
    Fax: (203) 776-3965
    npirrotti@garrisonlaw.com
    jgoodbaum@garrisonlaw.com
    elee@garrisonlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was manually filed with the District Court for the District of Connecticut on the 19th day of March, 2019, and upon service of the Summons of Complaint to each party, a copy of the foregoing will be, within a reasonable period of time, served on each party or its counsel by electronic means or first-class mail, postage prepaid.

                        _____Nina T. Pirrotti (OJL)_____
                              Nina T. Pirrotti