UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | CIVIL ACTION NO.: |
| | : | 3:19cv418(MPS) |
| v. | : | |
| | : | |
| CENTRAL CONNECTICUT STATE UNIVERSITY, CURTIS LOLLAR, GREGORY SNEED, EDWARD DERCOLE, CHRISTOPHER CERVONI, RAMON BAEZ, in their individual capacities, | : | |
| | : | |
|     Defendants. | : | March 19, 2019 |

**PLAINTIFF'S MOTION TO SEAL THE ACCOMPANYING MEMORANDUM OF LAW, PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED USING THE PSEUDONYM "JANE DOE," AND PORTIONS OF THE COMPLAINT**

Plaintiff, by and through counsel, moves to seal (a) her accompanying memorandum of law, (b) her Memorandum in Support of Plaintiff's Motion to Proceed Under Pseudonym "Jane Doe," and (c) limited portions of the Complaint that contain identifying information about her. An accompanying memorandum is submitted in support of this motion. As the memorandum demonstrates, sealing such information "is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." D. Conn. L. Civ. R. 5(e)3. The Court should therefore grant this motion.

\* \* \*

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: *Nina T. Pirrotti (EJL)*
Nina T. Pirrotti (ct26792)
Joshua R. Goodbaum (ct28834)
Elisabeth J. Lee (ct30652)
GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut 06511
Tel: (203) 777-4425
Fax: (203) 776-3965
npirrotti@garrisonlaw.com
jgoodbaum@garrisonlaw.com
elee@garrisonlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was manually filed with the District Court for the District of Connecticut on the 19th day of March, 2019, and upon service of the Summons of Complaint to each party, a copy of the foregoing will be, within a reasonable period of time, served on each party or its counsel by electronic means or first-class mail, postage prepaid.

*Nina T. Pirrotti (EJL)*
Nina T. Pirrotti