CALENDAR AND SETTLEMENT CONFERENCE ORDER

A settlement conference with the undersigned has been scheduled in this case for **May 1, 2020 at noon**. The conference shall be held remotely, via Zoom, details for which will be emailed to counsel. Counsel and the parties shall be prepared for the conference to continue for the remainder of the day.

I.   PARTIES WITH FULL AUTHORITY MUST ATTEND. The plaintiff must be present at the conference; individually named defendants are excused. If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case shall be present at the conference. Requests to excuse attendance are rarely granted. By no later than April 24, 2020, counsel shall exchange a list of those who will attend the conference, including job titles.

II.  CONFERENCE MEMORANDA. By no later than April 24, 2020, counsel shall email to Judge Martinez an *ex parte*, confidential conference memorandum. The memorandum shall be double spaced in no less than 12 point font and shall not exceed 15 pages. It shall include the following: (A) a list of the claims and defenses; (B) the evidence in support of the claims and defenses; (C) a damages analysis; (D) a discussion of the strengths and weaknesses of the case; (E) a list of all those who will attend the conference, including job titles.

III.   <u>DUE DATES REMAIN IN PLACE</u>. Counsel are reminded that the scheduling of a settlement conference does not affect existing deadlines and shall not delay discovery or other due dates.

SO ORDERED.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Donna F. Martinez
　　　　　　　　　　　　　　　　　United States Magistrate Judge